**David E. MOORE, an individual, Plaintiff–Appellee,**

v.

**SUN BANK OF NORTH FLORIDA, N.A., a Florida Corporation, Defendant–Appellant.**

No. 88–4018.

United States Court of Appeals, Eleventh Circuit.

Jan. 31, 1992.

Susan G. Sparks, Smith, Currie & Hancock, J. Thomas Kilpatrick, Atlanta, Ga., for defendant-appellant.

Miriam R. Eisenstein, U.S. Dept. of Justice, Washington, D.C., for amicus curiae.

S. Grier Wells, Brant, Moore, Sapp, MacDonald & Wells, P.A., W. Scott Cole, Jacksonville, Fla., for plaintiff-appellee.

M. David Gelfand, Appellate Advocacy Program, Tulane Law School, Terry E. Allbritton, New Orleans, La., for amicus curiae.

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before TJOFLAT, Chief Judge, FAY, HATCHETT, EDMONDSON, COX, BIRCH and DUBINA, Circuit Judges.*

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.